JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney (CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney (CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE WATER CONTRACTORS, | CASE NO. 1:09-CV-1378-OWW-SMS |
| Plaintiffs, | **STIPULATION TO ADD CASE TO FEDERAL DEFENDANTS' MOTION TO CONSOLIDATE** |
| v. | |
| LOCKE, *et al.* | Hearing: August 31, 2009 |
| Defendants. | Time: 10:00 A.M. Ctrm: 3 Judge: Hon. Oliver W. Wanger |

On August 6, 2009, the above-captioned action was filed, challenging the NMFS 2009 biological opinion, the same agency action at issue in <u>Stockton East Water District v. NOAA</u>, No. 1:09-CV-1090-OWW-DLB and <u>San Luis & Delta-Mendota Water Authority</u> *et al.* v. <u>Locke</u> *et al.* ("<u>San Luis</u>"), No. 1:09-CV-1053-OWW-DLB. On August 12, 2009, the <u>State Water Contractors</u> filed a Notice of Related Case, stating that their challenge is related to the both the

Stipulation
NO. 1:09-CV-1378-OWW-SMS

Stockton East and San Luis cases because all cases involve the same parties, are based on the same or similar claims, involve the same transaction or event and involve similar questions of fact and law "such that their assignment to the same Judge is likely to effect a substantial savings of judicial effort." See State Water Contractors v. Locke, No. 1:09-CV-1378, Docket No. 11-2 at 8-9.

Federal Defendants agree with the statements in the State Water Contractors' Notice of Related Case and have already moved to consolidate the Stockton East and San Luis cases. Federal Defendants assert that the above-captioned case meets the consolidation factors outlined in that motion. As with consolidation of the cases named in our Motion, the Plaintiffs in all three cases "agree that some consolidation of the matters is desirable." See San Luis, Docket No. 29 at 1. In this regard, the State Water Contractors Plaintiff is concerned that while "some consolidation" is appropriate, the issues raised in each of the cases are individual to those cases and that a wholesale merger of the actions is inappropriate. Accordingly, Plaintiff believes any consolidation Order must not prejudice the State Water Contractors' substantive or procedural rights, including their right to file separate briefs and make separate arguments in support of their case. Plaintiff joins in the Response to Federal Defendants' Motion to Consolidate heretofore filed by Plaintiffs San Luis & Delta Mendota Water Authority and Westlands Water District. See San Luis, Docket No. 29.

Accordingly, the parties in all three matters hereby stipulate that the State Water Contractors case be added to Federal Defendants' Motion to Consolidate, set for hearing on August 31, 2009, and that the State Water Contractors case management conference be advanced to the date and time set for the case management conferences in the San Luis and Stockton East cases (September 10, 2009, 8:15 A.M.).

**IT IS SO ORDERED**
Dated: August 28, 2009

/s/ Oliver W. Wanger
The Hon. Oliver W. Wanger

Stipulation
NO. 1:09-CV-1378-OWW-SMS

1  Respectfully submitted this 20th day of August, 2009.

3             */s/Eileen Diepenbrock* (per auth. to Bridget McNeil)
           EILEEN M. DIEPENBROCK, State Bar No. 119254
           JON D. RUBIN, State Bar No. 196944
4             JONATHAN R. MARZ, State Bar No. 221188
           DIEPENBROCK HARRISON, A Professional Corporation
5             400 Capital Mall, Suite 1800
           Sacramento, CA 95714

7             DANIEL J. O'HANLON, State Bar No. 122380
           BECKY DELL SHEEHAN, State Bar No. 201596
           HANSPETER WALTER, State Bar No. 244847
8             KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
           400 Capitol Mall, 27th Floor
9             Sacramento, CA 95814

10             Attorneys for San Luis & Delta-Mendota Water Authority
           and Westlands Water District

12             JEANNE M. ZOLEZZI - SBN: 121282
           jzolezzi@herumcrabtree.com
13             KARNA E. HARRIGFELD - SBN: 162824
           kharrigfeld@herumcrabtree.com

15             */s/ Jennifer Spaletta* (per auth. to Bridget McNeil)
           JENNIFER L. SPALETTA - SBN: 200032
           jspaletta@herumcrabtree.com
16             ALEXIS GALBRAITH - SBN: 260756
           agalbraith@herumcrabtree.com
17             **HERUM\CRABTREE**
           *A California Professional Corporation*
18             2291 West March Lane, Suite B100
           Stockton, CA 95207
19             Tel: (209) 472-7700

20             Attorneys for Stockton East Water District

22             */s/ Greg Wilkinson* (per auth. to Bridget McNeil)
           GREGORY K. WILKINSON, Bar No. 054809
23             STEVE M. ANDERSON, Bar No. 186700
           JILL N. WILLIS, Bar. No. 200121
24             KIRA L. JOHNSON, Bar No. 259382
           BEST BEST & KRIEGER LLP
25             3750 University Avenue, Suite 400
           P.O. Box 1028
26             Riverside, CA 92502

28  Stipulation
NO. 1:09-CV-1378-OWW-SMS

Tel: (951) 686-1450/Fax: (951) 686-3083
Gregory.Wilkinson@BBKlaw.com

Attorneys for State Water Contractors

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

 /s/  Bridget Kennedy McNeil
BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

Stipulation
NO. 1:09-CV-1090-OWW-DLB

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2009, I filed a true and correct copy of the foregoing Stipulation to Add Case to Federal Defendants' Motion to Consolidate with the Court' CM/ECF system, which will generate a Notice of Filing on the following:

Greg Wilkinson          Gregory.Wilkinson@bbklaw.com


                                                  /s/ Bridget Kennedy McNeil

Stipulation
NO. 1:09-CV-1090-OWW-DLB