MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| STATE WATER CONTRACTORS, | Case No.: 1:09-CV-1378-OWW-SMS |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO INTERVENE |
| GARY F. LOCKE, Secretary of the United States Department of Commerce, *et al.*, | |
| Defendants. | |
| LESTER SNOW, Director, California Department of Water Resources, *et al.*, | |
| Real Parties In Interest. | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | |
| Defendant-Intervenors. | |

[PROPOSED] ORDER – CASE NO. 09-1378-OWW-SMS                                                                 1

**[PROPOSED] ORDER**

Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe ("Proposed Intervenors") have moved to Intervene as defendants in this matter. The motion was heard on August 31, 2009. Based upon the record and for good cause showing, the Court hereby ORDERS that the motion is GRANTED. Proposed Intervenors shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a). The Proposed Answer lodged by Proposed Intervenors with their Motion to Intervene shall be filed as the parties' answer. The Proposed Answer does not assert any cross claims or counter claims, nor will Proposed Intervenors be permitted to add cross claims or counter claims against the existing complaint.

DATED:  9/8/2009                  /s/ OLIVER W. WANGER
                                  HON. OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE

Pursuant to Local Rule 5-137, the form of this Proposed Order has been approved by all parties.

DATED: September 3, 2009          /s/ Erin M. Tobin
                                  MICHAEL R. SHERWOOD
                                  ERIN M. TOBIN

                                  Attorneys for Defendant-Intervenors

DATED: September 1, 2009
                                  BEST BEST & KRIEGER LLP

                                  By:   /s/ Gregory K. Wilkinson (w/permission 9-01-09)
                                        GREGORY K. WILKINSON
                                  BEST BEST & KRIEGER LLP
                                  3750 University Avenue, Suite 400
                                  P. O. Box 1028
                                  Riverside, CA  92502
                                  Ph:  951-686-1450/Fax: 951-686-3083
                                  Gregory.Wilkinson@BBKlaw.com

                                  Attorney for Plaintff State Water Contractors

DATED: September 2, 2009

                                  JOHN C. CRUDEN, Acting Assistant Attorney General
                                  JEAN E. WILLIAMS, Section Chief
                                  LISA L. RUSSELL, Assistant Section Chief
                                  BRIDGET KENNEDY McNEIL, Trial Attorney

                                  By:  /s/ Bridget Kennedy McNeil (w/permission 9-2-09)
                                        BRIDGET KENNEDY McNEIL
                                  (CO State Bar 034299)
                                  U.S. Department of Justice
                                  Environmental and Natural Resources Division
                                  Wildlife & Marine Resources Section
                                  1961 Stout St., 8th Floor
                                  Denver, CO 80294
                                  Ph: 303-844-1484/Fax: 303-844-1350
                                  bridget.mcneil@usdoj.gov


                                  WILLIAM J. SHAPIRO, Trial Attorney
                                  (CO State Bar 030929)
                                  U.S. Department of Justice
                                  Environmental and Natural Resources Division

                                  Natural Resources Section
                                  501 I Street, Suite 9-700

1                                  Sacramento, CA 95814
                                    Ph: 916-930-2207/ Fax: 916-930-2010
2                                  william.shapiro@usdoj.gov

3

4                                  Attorneys for the Federal Defendants
                                 and Federal Real Parties in Interest

5 DATED: September 3, 2009

6                                  By:   /s/ Cliff Lee (w/permission 9-3-09)
                                            CLIFF LEE
7                                  California Attorney General's Office
                                 Department of Justice
8                                  455 Golden Gate Avenue
                                 Suite 11000
9                                  San Francisco , CA 94102
                                 Ph: 415-703-5546/Fax: 415-703-5480
10                                 Cliff.Lee@doj.ca.gov

11                                 Attorney for State of California Real Parties in Interest

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER – CASE NO. 09-1378-OWW-SMS                                                       4